UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARTIN SANTIAGO-PEREZ,

    Defendant.
_____/

Hon. Robert Holmes Bell

Case No. 1:15-cr-00079-RHB-1

## **ORDER**

Defendant appeared before me on April 28, 2015, with appointed counsel for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f). After being advised of his rights, including those attendant to a detention hearing, defendant waived his right to the hearing. I find that his waiver was knowingly and voluntarily entered. I also note that Immigration and Customs Enforcement (ICE) has lodged a detainer against defendant.

Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED this 28th day of April, 2015.

      /s/ Timothy P. Greeley
    TIMOTHY P. GREELEY
    United States Magistrate Judge